**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| SHADREKA HAYNES,<br><br>            Plaintiff,<br><br>   v.<br><br>RESIDENT DATA FINANCIAL, LLC aka NATIONAL CREDIT AUDIT CORPORATION,<br><br>            Defendant. | Civil Action No.: _____<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

SHADREKA HAYNES, ("Plaintiff"), through her attorneys, KROHN & MOSS, LTD., alleges the following against RESIDENT DATA FINANCIAL, LLC aka NATIONAL CREDIT AUDIT CORPORATION ("Defendant"):

## INTRODUCTION

1.      Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2.      Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection and does so through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

3.      In the course of attempting to collect on a consumer debt allegedly owed by Plaintiff, Defendant violated the provisions of the FDCPA as set forth herein.

## JURISDICTION AND VENUE

4.  Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

5.  Defendant conducts business in the state of Georgia, and therefore, personal jurisdiction is established.

6.  Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

7.  Plaintiff is a natural person residing in Prairieville, Ascension Parish, Louisiana.

8.  Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

9.  Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

10.  Defendant is a national corporation located in Dallas, Texas.

## FACTUAL ALLEGATIONS

11.  Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment of an alleged debt.

12.  Defendant called Plaintiff almost on a daily basis, several times a day for a few years.

13.  Defendant called Plaintiff from 469-621-0464.

14.  Defendant calls Plaintiff on her cellular telephone at 225-303-5573.

15. Plaintiff used to pick up the telephone when Defendant called, and informed them each time that she could not make any payments at this point. Regardless, Defendant continued to call and harass Plaintiff everyday.

16. Defendant threatened to file a lawsuit against Plaintiff. To date, no lawsuit has been filed.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff;

    b. Defendant violated §1692d(5) of the FDCPA by causing Plaintiff's telephone to ring and engaging Plaintiff in telephone conversations repeatedly.

    c. Defendant violated §1692e(5) of the FDCPA by threatening to file a lawsuit against Plaintiff when Defendant has not and does not intend to take such action.

    d. Defendant violated §1692e(10) of the FDCPA by using deceptive means to collect a debt by continuing to call Plaintiff everyday after Plaintiff informed Defendant several times that she could not make payment at this time.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, SHADREKA HAYNES, respectfully requests judgment be entered against Defendant, RESIDENT DATA FINANCIAL, LLC aka NATIONAL CREDIT AUDIT CORPORATION, for the following:

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

19. Any other relief to which Plaintiff may be entitled.

DATED: March 1, 2011                        RESPECTFULLY SUBMITTED,


By:  Kelli Denise Mayon
     Kelli Denise Mayon, Esq.
     Attorney for Plaintiff
     4429 Herrmann Street, Apt. D
     Metairie Louisiana 70006

     Of Counsel
     Krohn & Moss, Ltd.
     10474 Santa Monica Blvd., Suite 401
     Los Angeles, CA 90025
     (323) 988 2400


## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, RESIDENT DATA FINANCIAL, LLC aka NATIONAL CREDIT AUDIT CORPORATION, demands a jury trial in this case.

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF LOUISIANA)

Plaintiff, SHADREKA HAYNES, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, SHADREKA HAYNES, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

1/5/2011
Date

SHADREKA HAYNES